IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES ROY DENT, | * |
| | * |
| Plaintiff | * |
| | * Case Number 5:07-CV-13 (CAR) |
| vs. | * |
| | * |
| MEDICAL CENTER OF CENTRAL GEORGIA; RAFAEL J. GAYTON, M.D.; MACON ELECTROPHYSIOLOGY ASSOCIATES, P.C.; ZOE JONES, M.D.; and CENTRAL GEORGIA HEART CENTER, P.C., | * * * * * |
| | * |
| Defendants | * |

## J U D G M E N T

Pursuant to this Court's Order dated December 19, 2007, and for the reasons stated therein, JUDGMENT is hereby entered in favor of defendants.  Defendants are entitled to recover their costs of this action.

This 19th day of December, 2007.

> Gregory J. Leonard, Clerk
>
> s/ Denise C. Partee
> Deputy Clerk