FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2008 FEB 28 AM 8:34

DEPUTY CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

U.S. DISTRICT COURT
DIST. OF GEORGIA
MACON, GEORGIA

No. 08-10376-JJ

5:07-CV-13

FILED
U.S. COURT OF APPEALS

FEB 2 6 2008

THOMAS K. KAHN
CLERK

JAMES ROY DENT,

              Plaintiff-Appellant,

RUTH DENT,

              Plaintiff,

versus

MEDICAL CENTER OF CENTRAL GEORGIA,
RAFAEL J. GAYTON,
M.D.,
MACON ELECTROPHYSIOLOGY ASSOCIATES P.C.,
ZOE JONES,
M.D.,
CENTRAL GEORGIA HEART CENTER, P.C.,

              Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Georgia

---

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Before CARNES, BARKETT, and PRYOR, Circuit Judges.

BY THE COURT:

  This appeal is DISMISSED, sua sponte, for lack of jurisdiction. James Roy Dent's notice of appeal, which was filed on January 22, 2008, is untimely as to the district court's December 19, 2007, order and judgment. See Fed.R.App.P. 4(a)(1)(A); Rinaldo v. Corbett, 256 F.3d

1276, 1278 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-4 and all other applicable rules.